**In re Akube W. NDOROMO, Petitioner.**

**Misc. No. 871.**

United States Court of Appeals,
Federal Circuit.

April 7, 2008.

Akube W. Ndoromo, pro se.

Before MAYER, LINN, and DYK, Circuit Judges.

ON PETITION FOR WRIT
OF MANDAMUS

PER CURIAM.

*ORDER*

Akube W. Ndoromo petitions for a writ of mandamus directing Judge Emmet G. Sullivan to recuse himself in a criminal proceeding. Ndoromo also moves for leave to proceed in forma pauperis.

The authority of the court of appeals to issue a writ of mandamus "is restricted by statute to those cases in which the writ is in aid of [appellate] jurisdiction." *Roche v. Evaporated Milk Ass'n,* 319 U.S. 21, 25, 63 S.Ct. 938, 87 L.Ed. 1185 (1943). We are a court of limited jurisdiction, which does not include appeals in criminal cases. *See* 28 U.S.C. § 1295. Because we would not have jurisdiction over an appeal in this case, we dismiss Ndoromo's petition.

Accordingly,

IT IS ORDERED THAT:

(1) Ndoromo's petition for writ of mandamus is dismissed for lack of jurisdiction.

(2) Ndoromo's motion for leave to proceed in forma pauperis is moot.